**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION<br><br>ELLA JERNIGAN,<br>Plaintiff(s)<br>v.<br>ELI LILY AND COMPANY,<br>Defendant(s). | MDL NO. 3094<br>THIS DOCUMENT RELATES TO ALL CASES<br>JUDGE KAREN SPENCER MARSTON<br>COMPLAINT AND JURY DEMAND<br>CIVIL ACTION NO.: 2:26-CV-26-8163 |

---

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

---

Plaintiff named below, by and through the undersigned counsel, files this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff adopts and incorporates by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503-1).

**<u>IDENTIFICATION OF PARTIES</u>**

**<u>Plaintiff</u>**

1. Full (first, middle, and last) name of Plaintiff injured due to use of GLP-1 RA Product(s): _____Ella Jernigan______________________________________________.

2. If applicable, full name and representative capacity of Plaintiff alleging wrongful death claim: ______________________________________________________, as __________________________ of the estate of __________________________, deceased.

3. If applicable, full name of Plaintiff alleging survival claims, as permitted under state law: _________________________________________________________.

4. If applicable, full name of Plaintiff alleging loss of consortium or loss of services: _____N/A__________________________________________________________.

**Defendant(s)**

5. Plaintiff(s)/Decedent's Representative is/are suing the following Defendant(s) (check all that apply):

_____ Novo Nordisk Inc.

_____ Novo Nordisk A/S

___X__ Eli Lilly and Company

_____ Lilly USA, LLC

_____ other(s) (identify): ______________________________________

**JURISDICTION AND VENUE**

6. City and state of Plaintiff's current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

___Union Springs, Alabama__________________________________________

7. State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

______Alabama_______________________________________________________

8. State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue:

________Alabama_____________________________________________________

9. City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury:

_______Union Springs, Alabama________________________________________

10. Jurisdiction is based on:

_X___ diversity of citizenship pursuant to 28 U.S.C. § 1332

_____ other (plead in sufficient detail as required by applicable rules):

______________________________________________________________________

______________________________________________________________________

11. The District Court(s) where Plaintiff might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

_______United States District Court for the Middle District of Alabama_______

12. Venue is proper in the District Court identified in Paragraph 11 because:

__X__ a substantial part of the events and omissions giving rise to Plaintiff's claims occurred there

______ other (plead in sufficient detail as required by applicable rules):

________________________________________________________________________

________________________________________________________________________

13. If applicable, identify the citizenship of any additional Defendant(s) named above:

________________________________________________________________________

## PRODUCT USE

14. Plaintiff/Decedent used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

_____ Ozempic (semaglutide)

_____ Wegovy (semaglutide)

_____ Rybelsus (oral semaglutide)

_____ Victoza (liraglutide)

_____ Saxenda (liraglutide)

___X__ Trulicity (dulaglutide)

_____ Mounjaro (tirzepatide)

_____ Zepbound (tirzepatide)

_____ Other(s) (specify): ______________________________________________

15. To the best of Plaintiff's knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product):

__________On and off from approximately 05/2017 to 06/2026______________

_________________________________________________________________

_________________________________________________________________

_________________________________________________________________

## INJURIES AND DAMAGES

16. To the best of Plaintiff's knowledge, as a result of using GLP-1 RA Product(s), Plaintiff/Decedent suffered the following injuries, including their sequelae (check all that apply):

_____ Gastroparesis

_____ Other gastro-intestinal injuries (specify) ______________________

_____ Ileus

_____ Ischemic Bowel/Ischemic Colitis

_____ Intestinal Obstruction

_____ Necrotizing Pancreatitis

__X___ Gallbladder Injury (specify) ___gallbladder disease________________

_____ Micronutrient Deficiency

_____ Wernicke's encephalopathy

_____ Aspiration

_____ Death

_____ Additional/Other(s) (specify): ____________________________________

17. Plaintiff's/Decedent's injuries occurred in approximately (month and year)?

________________12/2021___________________________________________

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

18. In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

___X__ Injury to self

______ Injury to person represented

______ Economic loss

______ Wrongful death

______ Survivorship

______ Loss of services

______ Loss of consortium

______ other(s) (specify): _____________________________________________

## CAUSES OF ACTION

19. In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff hereby adopts and incorporates by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

___X__ Count I: Failure to Warn – Negligence

___X__ Count II: Failure to Warn – Strict Liability

___X__ Count III: Breach of Express Warranty/Failure to Conform to Representations

___X__ Count IV: Breach of Implied Warranty

______ Count V: Fraudulent Concealment/Fraud by Omission

______ Count VI: Fraudulent/Intentional Misrepresentation

______ Count VII: Negligent Misrepresentation/Marketing

______ Count VIII: Strict Product Liability Misrepresentation/Marketing

___X__ Count IX: Innocent Misrepresentation/Marketing

______ Count X: Unfair Trade Practices/Consumer Protection (see below)

______ Count XI: Negligence

______ Count XII: Negligent Undertaking

______ Count XIII: State Product Liability Act (see below)

______ Count XIV: Wrongful Death

______ Count XV: Loss of Consortium

______ Count XVI: Survival Action

______ Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

20. If Plaintiff is asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:

a. Indicate the specific statute (including subsections) under which Plaintiff is bringing such claims:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

b. Identify the factual allegations supporting those claims (by subsection, if applicable):

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

21. If Plaintiff is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:

a. Indicate the specific statute (including subsections) under which Plaintiff is bringing such claims:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

b. Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff's PLA claim:

______________________________________________________________

______________________________________________________________

______________________________________________________________

c. Identify the factual allegations supporting those claims:

______________________________________________________________

______________________________________________________________

______________________________________________________________

22. If pre-suit notice is required by statute, did Plaintiff provide some form of separate pre-suit notice to Defendant(s)? ________. If so, attach such notice.

**RELIEF**

Plaintiff prays for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff may be entitled.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims triable by jury in this action.

Date: ____________________

By: /s/ *Rhett A. McSweeney*
Rhett A. McSweeney
McSweeney Langevin, LLC
2116 S 2nd Ave
Minneapolis, MN 55404
ramfiling@mclmasstort.com
612-542-4646